AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

ALLEN EDWARDS

        Plaintiff                    ORDER ON APPLICATION
                                           TO PROCEED WITHOUT
V.                                    PREPAYMENT OF FEES

COREY BOOKER, et al

        Defendant                  Case Number: 11-574 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐     GRANTED, and

      ☐ The clerk is directed to file the complaint, and

      ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: Plaintiff fails to set forth a claim upon which Relief may be granted.

ENTER this 4th day of February, 2011

_____
Signature of Judicial Officer

Susan D. Wigenton, U.S.D.J.
Name and title of Judicial Officer